# EXHIBIT 7

**From:** **Anna Massey** Anna@caititle.com
**Subject:** FW: Important Information re: MMTLP
**Date:** February 12, 2024 at 12:32 PM
**To:** Joe Rose joe@thebasilelawfirm.com

**From:** Anna Massey <annamassey17@gmail.com>
**Sent:** Tuesday, February 6, 2024 9:06 AM
**To:** Anna Massey <Anna@caititle.com>
**Subject:** Fwd: Important Information re: MMTLP

[EXTERNAL]

---------- Forwarded message ---------
From: **Anna Massey** <annamassey17@gmail.com>
Date: Wed, Dec 28, 2022 at 3:17 PM
Subject: Re: Important Information re: MMTLP
To: TradeStation Group, Inc. <reply-febf107273610375-263_HTML-337297062-514006600-2@e.tradestation.com>

Attention: Trade Station:
Please keep my shares of Next Bridge Hydrocarbons, Inc., in my Trade Station, account titled, Inter-Coastal Waterways, LLC.
Thank you,
Anna Gjekaj

On Tue, Dec 13, 2022 at 5:30 PM TradeStation Securities <noreply@e.tradestation.com> wrote:

*Click here* if you are having trouble viewing this email.



### Dear Client,

Meta Materials, Inc. recently announced a corporate action pursuant to which holders of their preferred shares (Symbol: MMTLP, CUSIP: 59134N203) will receive shares of Next Bridge Hydrocarbons, Inc. ("Next Bridge") at a 1-for-1 ratio.

As a holder of MMTLP on the record date, you are eligible to receive the shares of Next Bridge. Next Bridge, however, will not be listed on any national exchange and will only be possible to transact via a private placement. TradeStation can hold your Next Bridge shares as custodian, but you will not be able to transact in the Next Bridge shares in your TradeStation account. Unless we hear from you to the contrary by the close of business on December 29, 2022, TradeStation will send your Next Bridge shares to American Stock Transfer & Trust Company ("AST"). Beginning January 3rd, 2023, if you want more information regarding your Next Bridge shares, please contact

AST at (800) 937-5449 or (718) 921-8124.

Please contact **TradeStation Client Services** with any additional questions.

**IMPORTANT INFORMATION**

Securities and futures trading is offered to self-directed customers by TradeStation Securities, Inc., a broker-dealer registered with the Securities and Exchange Commission ("SEC") and a futures commission merchant licensed with the Commodity Futures Trading Commission ("CFTC"). TradeStation Securities is a member of the Financial Industry Regulatory Authority, the National Futures Association ("NFA"), and a number of exchanges. TradeStation Crypto, Inc. offers to self-directed investors and traders cryptocurrency brokerage services under federal and state money services business/money-transmitter and similar registrations and licenses.

TradeStation Securities, Inc., TradeStation Crypto, Inc., and TradeStation Technologies, Inc. are each wholly-owned subsidiaries of TradeStation Group, Inc., all operating, and providing products and services, under the TradeStation brand and trademark. You Can Trade, Inc. is also a wholly-owned subsidiary of TradeStation Group, Inc., operating under its own brand and trademarks. TradeStation Crypto, Inc. offers to self-directed investors and traders cryptocurrency brokerage services. It is neither licensed with the SEC or the CFTC nor is it a member of NFA. When applying for, or purchasing, accounts, subscriptions, products, and services, it is important that you know which company you will be dealing with. Click here for further important information explaining what this means.

© TradeStation. All rights reserved.

We respect your right to privacy – click here to view our Privacy Notice.

This email was sent by: **TradeStation**
8050 SW 10th St Plantation, FL, 33324-3290, US

← **Post**

 Meta News 🚨
@MMATNEWS

BREAKING🚨 Brokerage Firm TradeStation Confirms a Share Imbalance and Potential Counterfeit Shares in MMTLP

"The NBH certificate that TradeStation received excluded a large number of NBH shares that had been lent to other broker-dealers... This means that we will not be able to honor some of our customers' requests to register and record their ownership in book entry form with AST because the shares are not backed by a physical certificate."

- For clarification each brokerage firm is given a certain amount of shares, when combined with ALL brokerage's the total amount of shares are "suppose" to equal the amount of Next Bridge Hydrocarbons outstanding shares

- TradeStation admits their firm exceeds the amount of shares they were given and can NO longer transfer their customer shares to AST

What is a Counterfeit Share: shares created that has the effect of increasing the number of shares that are in the market place beyond the number issued by the company, is considered counterfeit.

In my book, TradeStation is the first transparent broker to admit the Counterfeit Shares in $MMTLP

1:48 PM · Dec 29, 2023 · **152.6K** Views



Meta News 🚨 @MMATNEWS · Dec 23, 2023

TradeStation Official Statement to Customers:

"Upon the initial distribution of NBH common stock, broker-dealers, like TradeStation, were granted physical certificates based on their customers* former holdings of Meta Materials ("MMTLP"). The NBH certificate that TradeStation…

Show more

> record ownership of their NBH shares in book entry form with the transfer agent, the American Stock Transfer & Trust Company ("AST"). Registration must be completed within sixty (60) days (the "record date") from the effective date of a Form S-1 Registration Statement that NBH filed with the SEC on July 26, 2023. NBH will issue a press release notifying shareholders of the record date once the Registration Statement is declared effective by the SEC. TradeStation will be transmitting its requested list of clients' shares to AST, but will not be able to send any additional shares once that list has been sent.
>
> Upon the initial distribution of NBH common stock, broker-dealers, like TradeStation, were granted physical certificates based on their customers' former holdings of Meta Materials ("MMTLP"). The NBH certificate that TradeStation received excluded a large number of NBH shares that had been lent to other broker-dealers as part of TradeStation's Fully Paid Lending program. Despite TradeStation's best efforts, we have been unable to recall a portion of the lent-out shares because there is currently no market for the security. This means that we will not be able to honor some of our customers' requests to register and record their ownership in book entry form with AST because the shares are not backed by a physical certificate. If the Registration Statement is declared effective by the SEC, TradeStation will fulfill its obligation to transfer the

 31     351    ♥ 527    ıll 99K

We understand that some TradeStation customers may seek to participate in the non-transferable subscription rights offering for shares of common stock in the future subsidiary of Next Bridge Hydrocarbons, Inc. ("NBH"). Such participation requires NBH holders to register and record ownership of their NBH shares in book entry form with the transfer agent, the American Stock Transfer & Trust Company ("AST"). Registration must be completed within sixty (60) days (the "record date") from the effective date of a Form S-1 Registration Statement that NBH filed with the SEC on July 26, 2023. NBH will issue a press release notifying shareholders of the record date once the Registration Statement is declared effective by the SEC. TradeStation will be transmitting its requested list of clients' shares to AST, but will not be able to send any additional shares once that list has been sent.

Upon the initial distribution of NBH common stock, broker-dealers, like TradeStation, were granted physical certificates based on their customers' former holdings of Meta Materials ("MMTLP"). The NBH certificate that TradeStation received excluded a large number of NBH shares that had been lent to other broker-dealers as part of TradeStation's Fully Paid Lending program. Despite TradeStation's best efforts, we have been unable to recall a portion of the lent-out shares because there is currently no market for the security. This means that we will not be able to honor some of our customers' requests to register and record their ownership in book entry form with AST because the shares are not backed by a physical certificate. If the Registration Statement is declared effective by the SEC, TradeStation will fulfill its obligation to transfer the current list of clients who own NBH of record to AST. In the meantime, we must decline your request to transfer a physical certificate reflecting your ownership interest to AST.