# EXHIBIT 8

nt Window - Google Chrome
psnmedia.net/le_unified_window/index.html?lpUnifiedWindowConfig=%7B"accountId"%3A"11492692"%2C"env"%3A"prod"%2C"clickedChannel"%3A"-lpuw-chat"%2C"external"%3Atru...
Thank you
TradeStation
Info at 12:52, Dec 22:
Thank you for choosing to chat with us. An agent will be with you shortly.
Info at 12:52, Dec 22:
You are now chatting with Representative Jason.
You at 12:52, Dec 22:
hello
Representative J... at 12:52, Dec 22:
Thank you for choosing TradeStation. How may I assist you today?
Representative J... at 12:52, Dec 22:
Hello, How can I help you?
You at 12:55, Dec 22:
I would like to transfer a portion of my Next Bridge Hydro Carbon shares to AST
Representative J... at 12:58, Dec 22:
Did you receive an email on this?
You at 12:59, Dec 22:
not recently
You at 12:59, Dec 22:
the stock was formerly MMTLP
Type your message
Type here to search
Russell 2000 +1.24%
4:04 PM
12/22/2023

Thank you
Representative J… at 13:00, Dec 22:
I was just told you can't transfer those shares anymore
You at 13:01, Dec 22:
What why not?
Representative J… at 13:01, Dec 22:
The cutoff data already passes
Representative J… at 13:01, Dec 22:
passed
Representative J… at 13:01, Dec 22:
Date
Representative J… at 13:02, Dec 22:
Is there anything else I can assist you with today?
You at 13:03, Dec 22:
when did the date passed and when were we notified that we had to transfer
You at 13:05, Dec 22:
are you there?
Representative J… at 13:05, Dec 22:
You had sixty days to inform us that you wanted transfer the shares from the record date
You at 13:09, Dec 22:
The company is offering a dividend per the S1 to shareholders
Type your message
Type here to search
Russell 2000 +1.24%

Engagement Window - Google Chrome
lpcdn.lpsnmedia.net/le_unified_window/index.html?lpUnifiedWindowConfig=%7B"accountId"%3A"11492692"%2C"env"%3A"prod"%2C"clickedChannel"%3A"-lpuw-chat"%2C"external"%3Atru...
Thank you
You at 13:09, Dec 22:
The company is offering a dividend per the S1 to shareholders who have transffered there shares which is in the process of getting approval from the SEC
You at 13:10, Dec 22:
Why can't you transfer now. Aren't my shares backed by a physical certificate which was distributed from NBH
You at 13:10, Dec 22:
?
You at 13:11, Dec 22:
are you still there?
Representative J... at 13:11, Dec 22:
with AST because the shares are not backed by a physical certificate.
Representative J... at 13:12, Dec 22:
If it gets approved you can contact us back
You at 13:13, Dec 22:
all shares were distributed to the broker dealers and should be backed by physical certificates.
Representative J... at 13:14, Dec 22:
there is currently no market for the security.
Representative J... at 13:16, Dec 22:
It's npt backed by physical certificate
Type your message

Type here to search

Russell 2000 +1.24%

4:03 PM
12/22/2023

nedia.net/le_unified_window/index.html?lpUnifiedWindowConfig=%7B"accountId"%3A"11492692"%2C"env"%3A"prod"%2C"clickedChannel"%3A"-lpuw-chat"%2C"external"%3Atru...

Thank you

You at 13:11, Dec 22:

are you still there?

Representative J... at 13:11, Dec 22:

with AST because the shares are not backed by a physical certificate.

Representative J... at 13:12, Dec 22:

If it gets approved you can contact us back

You at 13:13, Dec 22:

all shares were distributed to the broker dealers and should be backed by physical certificates.

Representative J... at 13:14, Dec 22:

there is currently no market for the security.

Representative J... at 13:16, Dec 22:

It's npt backed by physical certificate

Representative J... at 13:16, Dec 22:

Is there anything else I can assist you with today?

Representative J... at 13:19, Dec 22:

Sorry we couldn't finish our chat. As I haven't heard from you for some time, I'm going to close this chat. If you need any help in future, please do not hesitate to chat with us again.

Info at 13:19, Dec 22:

Thank you for chatting with us.

+ Type your message

Type here to search

Russell 2000 +1.24%

4:03 PM
12/22/2023