AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRADESTATION SECURITIES, INC., DOE DEFENDANTS 1-10 and THE FINANCIAL INDUSTRY REGULATORY AUTHORITY <br><br> *Defendant(s)* | Civil Action No. 24-cv-60891 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Financial Industry Regulatory Authority
Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Basile Law Firm, P.C.
365 Fifth Ave. S., Suite 202
Naples, FL 33472
Attorneys for Plaintiff Inter-Coastal Waterways, LLC

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 28, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts