**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC, | CIVIL ACTION NO. 0:24-cv-60891-AHS |
| *Plaintiff,* v. | |
| TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10, | |
| *Defendants,* and | |
| THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, | |
| *Nominal Defendant.* | |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joseph F. Rose, Esq. of The Basile Law Firm, P.C., 390 N. Broadway, Suite 140, Jericho, New York 11753, 516-455-1500, for purposes of appearance as co-counsel on behalf of Inter-Coastal Waterways, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph F. Rose, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Joseph F. Rose, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York and Connecticut Bars, as well as the United States District Court for the Southern District of New York.

2. Movant, Agapija Cruz, Esq., of The Basile Law Firm, P.C., 365 Fifth Ave. S., Naples, Florida 34102, 239-232-8400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through

the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joseph F. Rose, Esq. has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joseph F. Rose, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joseph F. Rose, Esq. at email address: joe@thebasilelawfirm.com.

WHEREFORE, Agapija Cruz, Esq., moves this Court to enter an Order Joseph F. Rose, Esq., to appear before this Court on behalf of Inter-Coastal Waterways, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph F. Rose, Esq.

Date: May 28, 2024

Respectfully submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Agapija Cruz*

Agapija Cruz, Esq.
Florida Bar No.: 1027984
365 Fifth Avenue S.
Suite 202
Naples, Florida 34102
Tel.:   (239) 232-8400
Fax:   (631) 498-0478
Email: agapija@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC,<br><br>        *Plaintiff,*<br>  v.<br><br>TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10,<br><br>        *Defendants,*<br>  and<br><br>THE FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>        *Nominal Defendant.* | CIVIL ACTION NO. 0:24-cv-60891-AHS |

## **CERTIFICATION OF JOSEPH F. ROSE**

     Joseph F. Rose, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the States of New York and Connecticut. I am also admitted to practice before the United States District Court for the Southern District of New York and; (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                                        */s/ Joseph F. Rose*
                                                                                                        Joseph F. Rose, Esq.