## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.:  24-cv-60891

INTER-COASTAL WATERWAYS LLC,

*Plaintiff,*

v.

TRADESTATION SECURITIES, INC. and

DOE DEFENDANTS 1-10,

*Defendants,*

and

THE FINANCIAL INDUSTRY

REGULATORY AUTHORITY,

*Nominal Defendant.*

_____/

### ORDER GRANTING MOTION TO APPEAR
### PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING


THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Joseph F. Rose, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Joseph F. Rose, Esquire, may appear and participate in this action on behalf of Inter-Coastal Waterways LLC.  The Clerk shall provide electronic notification of all electronic filings to Joseph F. Rose, Esquire, at joe@thebasilelawfirm.com. DONE AND ORDERED in Chambers at _____, Florida, this day of  _____.


_____
United States District Judge


Copies furnished to: Agapija Cruz, Esquire