## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC, | CIVIL ACTION NO. 24-cv-60891-AHS |
| *Plaintiff,* | |
| v. | |
| TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10, | |
| *Defendants,* | |
| and | |
| THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, | |
| *Nominal Defendant.* | |

### INTER-COASTAL WATERWAYS, LLC'S
### RULE 7.1 DISCLOSURE STATEMENT AND
### CERTIFICATE OF INTERESTED PERSONS

Plaintiff Inter-Coastal Waterways, LLC ("Inter-Coastal") hereby submits the following disclosure statement pursuant to this Court's May 28, 2024 Order (ECF No. 8) and Rule 7.1 of the Federal Rules of Civil Procedure.

Inter-Coastal is a private limited liability company. Inter-Coastal states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff Inter-Coastal Waterways, LLC discloses the following pursuant to this Court's Order, dated May 28, 2024 (ECF No. 8):

1

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Agapija Cruz, Attorney for Plaintiff Inter-Coastal Waterways, LLC
- Anna Massey-Gjekaj, member of Plaintiff Inter-Coastal Waterways, LLC
- Doe Defendants 1-10
- Plaintiff Inter-Coastal Waterways, LLC
- Meta Materials, Inc.
- Next Bridge Hydrocarbons, Inc.
- The Basile Law Firm, P.C., Attorneys for Plaintiff Inter-Coastal Waterways, LLC
- Nominal Defendant The Financial Industry Regulatory Authority
- TradeStation Group, Inc., parent corporation to Defendant TradeStation Securities, Inc.
- Defendant TradeStation Securities, Inc.
- Joseph F. Rose, Attorney for Plaintiff Inter-Coastal Waterways, LLC

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- Meta Materials, Inc.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- Inter-Coastal Waterways, LLC, TradeStation Securities, Inc. and The Financial Industry Regulatory Authority

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Inter-Coastal Waterways, LLC

5) Check one of the following:

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-or-

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED: May 28, 2024                              Respectfully Submitted,

                                                 **THE BASILE LAW FIRM P.C.**

                                        By:      */s/ Agapija Cruz*
                                                 Agapija Cruz, Esq.
                                                 365 Fifth Avenue S.
                                                 Suite 202
                                                 Naples, Florida 33472
                                                 Tel.:  (239) 232-8400
                                                 Fax:   (631) 498-0478
                                                 Email: agapija@thebasilelawfirm.com

3

Joseph R. Rose, Esq.
390 N. Broadway, Ste. 140
Jericho, New York 11753
Trl.:     (516) 455-1500
Fax:     (631) 498-0478
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants at the addresses listed below:

TradeStation Securities, Inc.
Corporate Creations Network, Inc., Registered Agent
81 U.S. Highway 1
North Palm Beach, FL 33408

The Financial Industry Regulatory Authority
Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301

THE BASILE LAW FIRM P.C.

 /s/ Agapija Cruz
Agapija Cruz, Esq.
Florida Bar No.: 1027984
365 Fifth Avenue S.
Suite 202
Naples, Florida 33472
Tel.:   (239) 232-8400
Fax:   (631) 498-0478
Email: agapija@thebasilelawfirm.com

Joseph R. Rose, Esq.
390 N. Broadway, Ste. 140
Jericho, New York 11753
Trl.:   (516) 455-1500
Fax:   (631) 498-0478
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*