AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **24-CV-60891**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **TradeStation Securities, Inc.**
was recieved by me on **5/30/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **c/o Corporate Creations Network, Inc.**, who is designated by law to accept service of process on behalf of **TradeStation Securities, Inc.** at **801 US Highway 1, North Palm Beach, FL 33408** on **06/04/2024 at 11:13 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   06/04/2024

*Server's signature*

**Christopher Wilson**
*Printed name and title*

**3201 Garden E Drive**
**#A**
**Palm Beach Gardens, FL 33410**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Corporate Creations Network, Inc., Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  by serving Luis Lagos (service clerk)**




Tracking #: **0134264858**