AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    24-CV-60891

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **The Financial Industry Regulatory Authority** was recieved by me on **5/31/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **c/o Corporation Service Company**, who is designated by law to accept service of process on behalf of **The Financial Industry Regulatory Authority** at **1201 Hays St, Tallahassee, FL 32301** on **06/04/2024 at 12:48 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  06/07/2024

*Server's signature*

**James Kady**
*Printed name and title*

**391 Prince St**
**Tallahassee, FL 32304**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Monalisa Hart who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0134571037**