UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60891-Civ-AHS

**INTER-COSTAL WATERWAYS, LLC,**

        **Plaintiff,**

v.

**TRADESTATION SECURITIES, INC.,**
**and DOE DEFENDANTS 1-10,**

        **Defendants,**

        and

**FINANCIAL INDUSTRY REGULATORY**
**AUTHORITY, INC.**

        **Nominal Defendant.**

_____/

**[PROPOSED] ORDER GRANTING FINRA'S UNOPPOSED MOTION FOR**
<u>**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**</u>

      **THIS CAUSE** came before the Court upon FINRA's motion for extension of time to respond to the Complaint [ECF No. ___]. Having reviewed the record and being otherwise duly advised in the premises, it is hereby

      **ORDERED and ADUDGED** that the motion is **GRANTED**. FINRA shall respond to the Complaint on or before July 9, 2024.

      Done and Ordered in Chambers at Fort Lauderdale, Florida this _____ day of June, 2024.

 

                                        _____
                                        UNITED STATES DISTRICT JUDGE