**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-60891-Civ-AHS**


INTER-COSTAL WATERWAYS, LLC,

       **Plaintiff,**

v.

TRADESTATION SECURITIES, INC.,
and DOE DEFENDANTS 1-10,

       **Defendants,**

     **and**

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

       **Nominal Defendant.**

_____/

## FINRA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant Financial Industry Regulatory Authority ("FINRA") discloses that it is not a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/  David S. Mandel*
David S. Mandel
  FBN 38040
**MANDEL & MANDEL LLP**
169 East Flagler Street, Suite 1224
Miami, Florida 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Nominal Defendant,*
*Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of June 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/  David S. Mandel*