IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC, <br><br> Plaintiff <br><br> v. <br><br> TRADESTATION SECURITIES, INC., DOE DEFENDANTS 1-10 and the FINANCIAL INDUSTRY REGULATORY AUTHORITY, <br><br> Defendants. | Civil Action No. 24-cv-60891 |

## NOTICE OF APPEARANCE

COMES NOW, Leonel Peraza, Jr. of the law firm of Bressler, Amery & Ross, P.C., and hereby enters his appearance as counsel of record for Defendant TradeStation Securities, Inc. in the above-styled matter. Please furnish the undersigned counsel, Leonel Peraza, Jr., with copies of all orders, notices, pleadings, motions and correspondence regarding this proceeding from this date forward.

Respectfully submitted this 11th day of June, 2024.

/s/ *Leonel Peraza*
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800

Civil Action No. 24-cv-60891

Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com
*Counsel for Defendant TradeStation Securities, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of Court using CM/ECF: **Agapija Cruz, Esq.**, The Basile Law Firm, 365 Fifth Avenue S. Suite 202, Naples, Florida 33472, agapija@thebasilelawfirm.com; **Joseph R. Rose, Esq.** (Pro Hac Vice forthcoming), 390 N. Broadway, Suite 140, Jericho, New York 11753, joe@thebasilelawfirm.com, (*Counsel for Plaintiff),* this 11th day of June, 2024.

/s/ *Leonel Peraza*
Leonel Peraza