IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC, | ) ) ) |
| **Plaintiff** | ) ) |
| v. | ) ) Civil Action No. 24-cv-60891 |
| TRADESTATION SECURITIES, INC., DOE DEFENDANTS 1-10 and the FINANCIAL INDUSTRY REGULATORY AUTHORITY, | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**DEFENDANT TRADESTATION SECURITIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, TradeStation Securities, Inc., a Florida corporation, states that it is a wholly-owned subsidiary of TradeStation Group, Inc., a Florida corporation, which is a wholly-owned subsidiary of Monex Group, Inc., a Japan corporation listed on Section One of the Tokyo Stock Exchange ("TSE") under TSE Code 8696.

Civil Action No. 24-cv-60891

DATED: June 12, 2024

Respectfully submitted,

/s/  Leonel Peraza
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com

*Counsel for Defendant TradeStation Securities, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed on June 12, 2024, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  *Leonel Peraza*
Leonel Peraza