**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) Civil Action No. 24-cv-60891 |
| TRADESTATION SECURITIES, INC., | ) |
| DOE DEFENDANTS 1-10 and the | ) |
| FINANCIAL INDUSTRY | ) |
| REGULATORY AUTHORITY, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANT TRADESTATION SECURITIES, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.1, Defendant TradeStation Securities, Inc. ("TradeStation") respectfully moves for a two-week extension of time to move, respond or otherwise plead in response to Plaintiff's Complaint through and including July 9, 2024. In support of this motion, TradeStation states:

1. On June 4, 2024, Plaintiff served TradeStation with the Summons and Complaint. TradeStation's response to the Complaint is currently due on Tuesday, June 25, 2024.

2. Undersigned counsel was recently retained as counsel for TradeStation in this action. Undersigned counsel needs additional time to gather, review and analyze documents and to otherwise investigate the relevant facts to prepare TradeStation's response to the Complaint.

3. The requested extension of time is made in good faith and not for purposes of delay. Neither the Court nor the parties will be prejudiced by the requested extension.

Civil Action No. 24-cv-60891

4.  In requesting this extension of time, TradeStation is not intending to waive, or otherwise act inconsistently with, its contractual right to compel arbitration of Plaintiff's claims. TradeStation expressly reserves this right.

WHEREFORE Defendant TradeStation Securities, Inc. respectfully requests that this Honorable Court grant this unopposed Motion and extend the deadline for TradeStation to move, respond or otherwise plead in response to the Complaint, through and including July 9, 2024.

### Local Rule 7.1(a)(3) Certification

I hereby certify that undersigned counsel conferred with Plaintiff's counsel, who does not object to the relief sought in this Motion.

DATED:  June 12, 2024                                   Respectfully submitted,

/s/  Leonel Peraza
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com
mgomez@bressler.com
*Counsel for Defendant TradeStation Securities, Inc.*

Civil Action No. 24-cv-60891

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed on June 12, 2024, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Leonel Peraza*
Leonel Peraza
