UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC,<br><br>　　　　　　*Plaintiff,*<br>　　v.<br><br>TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10,<br><br>　　　　　　*Defendants,*<br>　　and<br><br>THE FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>　　　　　　*Nominal Defendant.* | CIVIL ACTION NO. 0:24-cv-60891-AHS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO NOMINAL DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1, Plaintiff Inter-Coastal Waterways LLC ("Inter-Coastal") respectfully moves for an extension of time to respond to Nominal Defendant Financial Industry Regulatory Authority's ("FINRA") Motion to Dismiss. In support of this motion, Inter-Coastal states as follows:

1. On May 24, 2024, Inter-Coastal filed its complaint, ECF No. 1 ("Complaint"), against Defendant TradeStation Securities, Inc., Doe Defendants 1-10 and FINRA.

2. On July 3, 2024, FINRA filed a motion to dismiss Plaintiff's Complaint. ECF No. 27 ("Motion"). Inter-Coastal's opposition to FINRA's Motion is currently due on July 17, 2024.

3. Undersigned counsel will be out of the office until July 15, 2024 to attend the wedding of their colleague and, as such, requires additional time to prepare Inter-Coastal's response to FINRA's Motion.

1

4.  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Inter-Coastal respectfully requests this Court grant a 14-day extension of time to respond to FINRA's Motion.

5.  This motion is made in good faith and neither the parties nor the Court will be prejudiced by the relief requested herein.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned hereby certifies that they have conferred with Nominal Defendant's counsel, who does not object to the relief requested herein.

Respectfully Submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Agapija Cruz*
Agapija Cruz, Esq.
365 Fifth Avenue S.
Suite 202
Naples, Florida 33472
Tel.:   (239) 232-8400
Fax:    (631) 498-0478
Email: agapija@thebasilelawfirm.com

Joseph R. Rose, Esq. *(admitted Pro Hac Vice)*
390 N. Broadway, Ste. 140
Jericho, New York 11753
Trl.:   (516) 455-1500
Fax:    (631) 498-0478
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

3

/s/ Agapija Cruz