**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10,<br><br>*Defendants,*<br>and<br><br>THE FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>*Nominal Defendant.* | CIVIL ACTION NO. 0:24-cv-60891-AHS |

**[PROPOSED] ORDER GRANTING INTER-COASTAL WATERWAYS LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
THE FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION TO DISMISS**

**THIS CAUSE** came before the Court upon Plaintiff Inter-Coastal Waterways LLC's motion for an extension of time to respond to Nominal Defendant The Financial Industry Regulatory Authority's Motion to Dismiss, ECF No. 27. Having reviewed Plaintiff's Unopposed Motion for Extension of Time to Respond to Nominal Defendant's Motion to Dismiss, and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time is **GRANTED**. Plaintiff shall respond to Nominal Defendant's Motion to Dismiss on or before July 31, 2024.

Done and Ordered in Chambers at Fort Lauderdale, Florida on this ___ day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE