UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC,<br><br>                *Plaintiff,*<br>    v.<br><br>TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10,<br><br>                *Defendants,*<br>    and<br><br>THE FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br><br>                *Nominal Defendant.* | CIVIL ACTION NO. 0:24-cv-60891-AHS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT TRADESTATION SECURITIES, INC.'S MOTION TO
COMPEL ARBITRATION AND FOR STAY OF PROCEEDINGS**

Pursuant to Local Rule 7.1, Plaintiff Inter-Coastal Waterways LLC ("Inter-Coastal") respectfully moves for an extension of time to respond to Defendant TradeStation Securities, Inc.'s ("TradeStation") Motion to Compel Arbitration and For Stay of Proceedings. In support of this motion, Inter-Coastal states as follows:

1. On May 24, 2024, Inter-Coastal filed its complaint, ECF No. 1 ("Complaint"), against Defendant TradeStation Securities, Inc., Doe Defendants 1-10 and FINRA.

2. On July 9, 2024, TradeStation filed a Motion to Compel Arbitration and For Stay of Proceedings. ECF No. 29 ("Motion"). Inter-Coastal's reply to TradeStation's Motion is currently due on July 23, 2024.

3. Undersigned counsel will be out of the office until July 15, 2024 to attend the wedding of their colleague and, to properly prepare a reply, requires additional time.

4. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Inter-Coastal respectfully requests this Court grant a 14-day extension of time to respond to TradeStation's Motion.

5. This motion is made in good faith and neither the parties nor the Court will be prejudiced by the relief requested herein.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

The undersigned hereby certifies that they have conferred with TradeStattion's counsel, who does not object to the relief requested herein.

Respectfully Submitted,

**THE BASILE LAW FIRM P.C.**

*/s/ Agapija Cruz*
Agapija Cruz, Esq.
Florida Bar No.: 1027984
365 Fifth Avenue S.
Suite 202
Naples, Florida 33472
Tel.:   (239) 232-8400
Fax:   (631) 498-0478
Email: agapija@thebasilelawfirm.com

Joseph R. Rose, Esq. *(admitted Pro Hac Vice)*
390 N. Broadway, Ste. 140
Jericho, New York 11753
Trl.:   (516) 455-1500
Fax:   (631) 498-0478
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of July 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                                                  */s/ Agapija Cruz*