UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60891-Civ-AHS

INTER-COSTAL WATERWAYS, LLC,

        Plaintiff,

v.

TRADESTATION SECURITIES, INC.,
and DOE DEFENDANTS 1-10,

        Defendants,

    and

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

        Nominal Defendant.

_____/

## FINRA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

    Pursuant to Local Rule 7.1, Nominal Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully moves for an extension of time to file its reply memorandum in further support of its motion to dismiss. In support of this motion, FINRA states as follows:

    1.    On July 31, 2024, Plaintiff served FINRA with its opposition to FINRA's motion to dismiss. FINRA's reply memorandum is currently due on August 7, 2024.

    2.    Due to the press of other work, as well being currently out of the district for personal reasons, undersigned counsel requires additional time to prepare FINRA's reply.

Pursuant to Federal Rule of Civil Procedure 6(b), FINRA requests a 7-day extension of time, through and including August 14, 2024, in which to file its reply.

3. The instant motion is made in good faith and neither the Court nor the parties will be prejudiced by the requested relief.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I hereby certify that the undersigned conferred with Plaintiff's counsel, who does not object to the requested relief.

Respectfully submitted,

*/s/ David S. Mandel*
David S. Mandel
  FBN 38040
**MANDEL & MANDEL LLP**
169 East Flagler Street, Suite 1224
Miami, Florida 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Defendant,*
*Financial Industry Regulatory Authority, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of August, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David S. Mandel*