UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60891-Civ-AHS

**INTER-COSTAL WATERWAYS, LLC,**

        **Plaintiff,**

v.

**TRADESTATION SECURITIES, INC.,**
and **DOE DEFENDANTS 1-10,**

        **Defendants,**

    and

**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.**

        **Nominal Defendant.**
_____/

**[PROPOSED] ORDER GRANTING FINRA'S UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO FILE REPLY</u>**

      **THIS CAUSE** came before the Court upon FINRA's motion for extension of time to file a reply memorandum in further support of its motion to dismiss. Having reviewed the record and being otherwise duly advised in the premises, it is hereby

      **ORDERED and ADUDGED** that the motion is **GRANTED**. FINRA shall file its reply on or before August 14, 2024.

      Done and Ordered in Chambers at Fort Lauderdale, Florida this _____ day of August, 2024.

                                                _____
                                                UNITED STATES DISTRICT JUDGE