**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC,　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　**Plaintiff**　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| **v.**　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　)　**Civil Action No. 24-cv-60891** | |
| **TRADESTATION SECURITIES, INC.,**　) | |
| **DOE DEFENDANTS 1-10 and the**　　) | |
| **FINANCIAL INDUSTRY**　　　　　) | |
| **REGULATORY AUTHORITY,**　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　**Defendants.**　　　　) | |
| 　　　　　　　　　　　　　　　　) | |

**DEFENDANT TRADESTATION SECURITIES, INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION TO COMPEL ARBITRATION AND OPPOSITION TO PLAINTIFF'S
CROSS-MOTION TO DISQUALIFY THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY AS MANDATORY ALTERNATIVE DISPUTE RESOLUTION
SERVICE TO THIS ACTION (DE 39 &40)**

Pursuant to Local Rule 7.1, Defendant TradeStation Securities, Inc. ("TradeStation") respectfully moves for an extension of time to file its Reply to Plaintiff's Memorandum in Opposition to Defendant TradeStation's Motion to Compel Arbitration and Opposition to Plaintiff's Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40][1], through and including September 13, 2024.  In support of this motion, TradeStation states:

1.　　On August 16, 2024, Plaintiff filed and served TradeStation with it's Memorandum in Opposition to Defendant TradeStation's Motion to Compel Arbitration and Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40].

---

[1] DE 39 and 40 are substantively identical.

Civil Action No. 24-cv-60891

2.      Due to the press of other work undersigned counsel requires additional time to prepare TradeStation's responses to each.

3.      The requested extension of time is made in good faith and not for purposes of delay. Neither the Court nor the parties will be prejudiced by the requested extension.

WHEREFORE Defendant TradeStation Securities, Inc. respectfully requests that this Honorable Court grant this unopposed Motion and extend the deadline for TradeStation to file a Reply to Plaintiff's Memorandum in Opposition to Defendant TradeStation's Motion to Compel Arbitration and Opposition to Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40], through and including September 13, 2024.

### Local Rule 7.1(a)(3) Certification

I hereby certify that undersigned counsel conferred with Plaintiff's counsel, who does not object to the relief sought in this Motion.

DATED:  August 22, 2024                              Respectfully submitted,

/s/  Leonel Peraza
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com
mgomez@bressler.com
*Counsel for Defendant TradeStation Securities, Inc.*

Civil Action No. 24-cv-60891

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that the foregoing was electronically filed on August 22, 2024, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Leonel Peraza*
Leonel Peraza