UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60891-Civ-AHS

INTER-COASTAL WATERWAYS, LLC,

        Plaintiff,

v.

TRADESTATION SECURITIES, INC.,
and DOE DEFENDANTS 1-10,

        Defendants,

    and

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.

        Nominal Defendant.

_____/

**FINRA'S RESPONSE TO MOTION TO DISQUALIFY**

    Nominal Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"), respectfully notifies the Court that it takes no position regarding the Plaintiff's Cross-Motion to Disqualify FINRA as the Mandatory Dispute Resolution Service [ECF No. 40].

    FINRA operates the largest dispute resolution forum in the securities industry through FINRA Dispute Resolution Services ("FINRA DRS"). FINRA DRS administers arbitrations pursuant to FINRA's Codes of Arbitration Procedure, which are approved by the SEC. In its role as the neutral forum administrator, FINRA DRS sets hearing dates and locations, appoints arbitrators (who are not FINRA employees) selected by the parties, maintains the arbitration file, processes pleadings, motions, and discovery requests, drafts awards and other orders with arbitrator direction, and transmits documents

between the parties and arbitrators.  FINRA DRS, however, has no role in deciding the awards issued in arbitrations administered in its forum.

Accordingly, because FINRA DRS is the neutral arbitration forum before which this dispute may proceed, FINRA does not take a position on Plaintiff's Motion to Disqualify.

Respectfully submitted,

*/s/David S. Mandel*
David S. Mandel
FBN 38040
**MANDEL & MANDEL LLP**
169 East Flagler Street, Suite 1224
Miami, FL 33131
Telephone: (305) 374-7771
dsm@mandel.law

*Counsel for Nominal Defendant,*
*Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 23, 2024, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*David S. Mandel*