IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS, LLC, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) Civil Action No. 24-cv-60891 |
| TRADESTATION SECURITIES, INC., | ) |
| DOE DEFENDANTS 1-10 and the | ) |
| FINANCIAL INDUSTRY | ) |
| REGULATORY AUTHORITY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT TRADESTATION SECURITIES, INC.'S SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION TO DISQUALIFY THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AS MANDATORY ALTERNATIVE DISPUTE RESOLUTION SERVICE TO THIS ACTION (DE 39 &40)**

Pursuant to Local Rule 7.1, Defendant TradeStation Securities, Inc. ("TradeStation") respectfully moves for a second unopposed extension of time to file its Reply in support of its Motion to Compel Arbitration and Opposition to Plaintiff's Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40][1], through and including September 20, 2024. In support of this motion, TradeStation states:

1. On August 16, 2024, Plaintiff filed and served TradeStation with its Memorandum in Opposition to TradeStation's Motion to Compel Arbitration and Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40].

---

[1] DE 39 and 40 are substantively identical.

Civil Action No. 24-cv-60891

2. On August 22, 2024, the Court granted TradeStation's Motion seeking an extension of time through September 13, 2024, to file its reply in support of it Motion to Compel Arbitration and opposition to Plaintiff's Cross-Motion. [DE 42].

3. Due to the press of other work undersigned counsel requires on additional week to prepare TradeStation's responses. Undersigned counsel does not anticipate any further extensions will be necessary.

4. The requested extension of time is made in good faith and not for purposes of delay. Neither the Court nor the parties will be prejudiced by the requested extension.

WHEREFORE Defendant TradeStation Securities, Inc. respectfully requests that this Honorable Court grant this second unopposed Motion and extend the deadline for TradeStation to file a Reply to Plaintiff's Memorandum in Opposition to Defendant TradeStation's Motion to Compel Arbitration and Opposition to Cross-Motion to Disqualify the Financial Industry Regulatory Authority as Mandatory Alternative Dispute Resolution Service to this Action [DE 39 & 40], through and including September 20, 2024.

### Local Rule 7.1(a)(3) Certification

I hereby certify that undersigned counsel conferred with Plaintiff's counsel, who does not object to the relief sought in this Motion.

DATED:  September 10th, 2024                                    Respectfully submitted,

Civil Action No. 24-cv-60891

/s/  Leonel Peraza
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com
mgomez@bressler.com
*Counsel for Defendant TradeStation Securities, Inc.*

Civil Action No. 24-cv-60891

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed on September 10th, 2024, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Leonel Peraza*
Leonel Peraza
