UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60891-CIV-SINGHAL

INTER-COASTAL WATERWAYS, LLC,

    Plaintiff,

v.

TRADESTATION SECURITIES, INC. and
DOE DEFENDANTS 1-10,

    Defendants,

And

THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY,

    Nominal Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Tradestation Securities, Inc.'s ("Tradestation") Motion to Strike Cross-Motion to Disqualify (DE [47]). Tradestation correctly points out that Plaintiff's Cross-Motion to Disqualify (DE [40]) is identical to Plaintiff's response (DE [39]) to Tradestation's Motion to Compel Arbitration (DE [29]). Tradestation argues that the Motion to Disqualify was filed solely to permit Plaintiff to have the "last word" on the arbitration issue through a reply memorandum in support of its Cross-Motion to Disqualify.

Giving Plaintiff the benefit of the doubt, cross-motions embedded in response memoranda are problematic because they are not recorded as motions on CM/ECF. It is always the better practice to seek affirmative relief through a separate motion rather than in a motion embedded in a response memorandum. But filing the identical document twice

under two separate headings is not helpful to either the Court or the opposing counsel and leads to arguments such as those made by Tradestation in its Motion to Strike.

Under the circumstances, the Court finds that a reply memorandum from Plaintiff is permissible but should be limited solely to the reasons why FINRA should be disqualified. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Tradestation Securities, Inc.'s ("Tradestation") Motion to Strike Cross-Motion to Disqualify (DE [47]) is **DENIED**.  It is further **ORDERED** that Plaintiff's reply memorandum in support of the Cross-Motion to Disqualify shall be limited to five pages and shall only address the issue of whether FINRA should be disqualified.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF