## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| INTER-COASTAL WATERWAYS LLC,<br><br>              *Plaintiff,*<br>v.<br><br>TRADESTATION SECURITIES, INC. and DOE DEFENDANTS 1-10,<br><br>              *Defendants.* | CIVIL ACTION NO. 0:24-cv-60891-AHS<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Inter-Coastal Waterways LLC, by and through their undersigned counsel, in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit to appeal from the attached Order, ECF 51, entered October 28, 2024, attached hereto as **Exhibit 1**, which (i) granted Defendant TradeStation Securities, Inc.'s Motion to Compel Arbitration, ECF 29, dated July 9, 2024, (ii) denied Plaintiff's Cross-Motion to Disqualify, ECF 40, dated August 16, 2024 and (iii) stayed the action pending the resolution of arbitration proceedings.

Dated: November 27, 2024
      Naples, Florida

**THE BASILE LAW FIRM P.C.**
*/s/ Agapija Cruz*
Agapija Cruz, Esq.
365 Fifth Avenue S., Suite 202
Naples, Florida 33472
Tel.:   (239) 232-8400
Fax:   (631) 498-0478
Email: agapija@thebasilelawfirm.com

Joseph F. Rose, Esq. *(admitted Pro Hac Vice)*
390 N. Broadway, Ste. 140
Jericho, New York 11753
Tel.:   (516) 455-1500
Fax:   (631) 498-0478
Email: joe@thebasilelawfirm.com

*Counsel for Plaintiff Inter-Coastal Waterways LLC*

1