UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60891-CIV-SINGHAL

INTER-COASTAL WATERWAYS, LLC,

    Plaintiff,

v.

TRADESTATION SECURITIES, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Briefing Schedule in response to Plaintiff Inter-Coastal Waterways, LLC's Motion to Reopen Action and Leave to File an Amended Complaint. (DE [59]). The Court previously stayed this action and compelled, over Plaintiff's objections, the parties to submit to arbitration under the terms of the parties' agreements. *See* Order (DE [51]). The arbitration is to be conducted before a FINRA panel in accordance with its arbitration rules then in force. *Id.*

Plaintiff recently filed a motion to reopen the case and convert it to a class action complaint on behalf of itself and other similarly situated Tradestation Securities, Inc. customers. (DE [54]). According to Plaintiff, FINRA's arbitration rules do not permit adjudication of class action claims. Plaintiff, therefore, requests leave to file an Amended Complaint on behalf of itself and a putative class.

Tradestation filed a "limited response" (DE [57]) to the Motion because Plaintiff has filed an appeal of the order compelling arbitration. *See* Notice of Appeal (DE [52]). "The filing of a notice of appeal divests the district court of jurisdiction over those aspects of the case that are the subject of the appeal." *Doe v. Bush,* 261 F.3d 1037, 1064 (11th Cir, 2001).

Plaintiff filed a reply (DE [58]) in which it stated it would dismiss the Eleventh Circuit appeal as soon as possible so this Court could consider its request to re-open the case.[1] The parties recently agreed that the appeal would be dismissed and ask the Court to strike Tradestation's limited response and provide a briefing schedule to address the merits of Plaintiff's Motion to Reopen Case. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Tradestation's Response (DE [57]) to Inter-Coastal Waterways, LLC's Motion to Reopen Action and Leave to File an Amended Complaint is **STRICKEN.** Tradestation shall file a response to Plaintiff's Motion to Re-open Case (DE [54]) within fourteen (14) days from the date the appeal is dismissed and Plaintiff shall file a reply within seven (7) days of Tradestation's response.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

---

[1] Plaintiff is represented by counsel and has surely been advised of the risk of dismissing its appeal to pursue the possibility of filing a class action complaint.