# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 03, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number: 24-13917-AA
Case Style: Inter-Coastal Waterways, LLC v. Tradestation Securities, Inc.
District Court Docket No: 0:24-cv-60891-AHS

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-13917-AA

_____

INTER-COASTAL WATERWAYS, LLC,

                          Plaintiff - Appellant,

versus

TRADESTATION SECURITIES, INC.,

                          Defendant - Appellee,

THE FINANCIAL INDUSTRY REGULATORY
AUTHORITY, et al.,

                          Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Inter-Coastal Waterways, LLC is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective January 03, 2025.

                          DAVID J. SMITH
      Clerk of Court of the United States Court
        of Appeals for the Eleventh Circuit

                                    FOR THE COURT - BY DIRECTION