**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-60891-Civ-AHS

**INTER-COASTAL WATERWAYS, LLC,**

Plaintiff,

v.

**TRADESTATION SECURITIES, INC.,
and DOE DEFENDANTS 1-10,**

Defendants.
_____/

**DEFENDANT TRADESTATION SECURITIES, INC.'S
*UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO REOPEN THE ACTION AND FOR LEAVE TO FILE
AN AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW
(ECF NO. 54)**

Pursuant to Local Rule 7.1, Defendant TradeStation Securities, Inc. ("TradeStation") respectfully moves for an unopposed extension of time to file its Response to Plaintiff's Motion to Reopen Action and Leave to File an Amended Complaint and Incorporated Memorandum of Law [ECF No. 54] ("Motion"), through and including January 24, 2025. In support of this motion, TradeStation states:

1. On October 28, 2024, this Court issued an Order granting TradeStation's Motion to Compel Arbitration and for Stay of Proceedings and denying Plaintiff's Motion to Disqualify FINRA as the Alternative Dispute Resolution Service (the "Order"). [ECF No. 51]. This case is stayed pending resolution of the arbitration proceedings and the Court reserved jurisdiction to enforce any arbitration award. This case was administratively closed. *Id.*

2. On November 27, 2024, Plaintiff filed a Notice of Appeal [ECF No. 52] appealing the Order [ECF No. 51]. The United States Court of Appeals for the Eleventh Circuit issued a Civil Docketing Notice. [ECF No. 53].

3. On December 6, 2024, Plaintiff filed its Motion to Reopen the Action and for Leave to File an Amended Complaint and Incorporated Memorandum of Law ("Motion to Reopen"). [ECF No. 54].

4. On December 20, 2024, Defendant TradeStation filed a Limited Response in Opposition to Plaintiff's Motion to Reopen ("Limited Response"). [ECF No. 57].

5. On December 27, 2024, Plaintiff filed a Reply Memorandum in Support of its Motion to Reopen ("Reply Memorandum"). [ECF No. 58].

6. On January 2, 2025, Plaintiff and Defendant TradeStation filed a Joint Stipulation for Order on Briefing Schedule in Response to Plaintiff's Motion to Reopen, requesting Defendant's Limited Response and Plaintiff's Reply Memorandum be stricken and an extended schedule granted for responsive filings. [ECF No. 59]. The same day, this Court struck the Limited Response and Reply Memorandum and Ordered TradeStation file its response within fourteen days from the date the Appeal is dismissed. [ECF No. 60].

7. On January 3, 2025, the United States Court of Appeals for the Eleventh Circuit granted Plaintiff's motion to voluntarily dismiss its Appeal. [ECF No. 61]. TradeStation's response in opposition to the Motion to Reopen is due January 17, 2024.

8. Due to the press of other work undersigned counsel requires an additional week to prepare TradeStation's response. Undersigned counsel does not anticipate any further extensions will be necessary.

Case No. 24-cv-60891-Civ-AHS

9. The requested extension of time is made in good faith and not for purposes of delay. Neither the Court nor the parties will be prejudiced by the requested extension.

WHEREFORE Defendant TradeStation Securities, Inc. respectfully requests that this Honorable Court grant this unopposed Motion and extend the deadline for TradeStation to file a response to Plaintiff's Motion to Reopen Action and Leave to File an Amended Complaint and Incorporated Memorandum of Law [ECF No. 54], through and including January 24, 2025.

**Local Rule 7.1(a)(3) Certification**

I hereby certify that undersigned counsel conferred with Plaintiff's counsel, who does not object to the relief sought in this Motion.

DATED: January 15, 2025.                              Respectfully submitted,

/s/ Leonel Peraza
Leonel Peraza, Jr., Esq.
Florida Bar No. 0099089
BRESSLER, AMERY & ROSS, P.C.
515 East Las Olas Blvd., Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954)499-7979
lperaza@bressler.com
mgomez@bressler.com
*Counsel for Defendant TradeStation Securities, Inc.*

Case No. 24-cv-60891-Civ-AHS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed on January 15, 2025, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ <i>Leonel Peraza</i><br>
Leonel Peraza